IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TERRELL TUCKER,

        Plaintiff,                    No. CIV S-08-2991 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al,

        Defendants.              FINDINGS AND RECOMMENDATIONS

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. By order filed February 22, 2010, the court found that plaintiff had stated sufficient charging allegations against defendant Nangalama and informed plaintiff he could proceed against that defendant only or file an amended complaint that also states a claim against defendants McAlpine and Lamb. The court also informed plaintiff that the court would consider his decision to proceed only as to defendant Nangalama as consent to the dismissal of the other named defendants. On February 26, 2010, plaintiff returned documents for service against defendant Nangalama.

////

////

1

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants McAlpine and Lamb be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 10, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE