1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM TERRELL TUCKER,

11          Plaintiff,                    No. CIV S-08-2991 LKK EFB P

12      vs.

13   CALIFORNIA DEPARTMENT OF             ORDER REQUESTING CONFIDENTIAL
     CORRECTIONS, et al.,                 STATEMENTS RE: CASE SELECTION FOR
14                                        PRISONER SETTLEMENT PROGRAM

15          Defendants.                   FIFTEEN-DAY DEADLINE

16   _____/

17          Plaintiff is a state prisoner proceeding without counsel and in an action filed pursuant to

18   42 U.S.C. § 1983.  This action is proceeding against defendant Andrew Nangalama, M.D., and

19   the parties have been directed to file pretrial statements.

20          The parties to this action shall each, no later than fifteen (15) days from the date of this

21   order, submit confidential statements as described below.  The confidential statements shall not

22   be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email

23   or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address,

24   fax number or email address below and marked "Confidential."  Such statements shall be limited

25   to five (5) pages and shall include the following:

26   ////

                                            1

1   1) the party's assessment of whether the instant action is of the type that would benefit

2   from a settlement proceeding;

3   2) the party's assessment of what factors, if any, will prevent settlement of this matter

4   prior to trial; and

5   3) any additional information the court may find useful in determining whether to set this

6   matter for a settlement conference.

7   Should the court determine this action to be appropriate for referral to the Prisoner

8   Settlement Program, the court will set this matter for settlement conference before a magistrate

9   judge or district judge.

10   IT IS SO ORDERED.

11   DATED:  February 16, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

12

13

14   cc:   ADR Division, Attention: Sujean Park
        US District Court
15      501 I Street, Suite 4-200
        Sacramento, CA 95814
16      Fax: (916) 491-3912
        email: spark@caed.uscourts.gov

17

18

19

20

21

22

23

24

25

26