IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TERRELL TUCKER,

    Plaintiff,                    No. CIV S-08-2991 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.             ORDER TO SHOW CAUSE
_____/

    Plaintiff is a state prisoner proceeding without counsel and in an action filed pursuant to 42 U.S.C. § 1983. This action proceeds against defendant Andrew Nangalama, M.D.

    On February 17, 2011, the court directed the parties to, within than fifteen days, submit confidential settlement statements to the court's Alternative Dispute Resolution division. Dckt. No. 32. Plaintiff has complied with the court's order. Defendant has not.

    Accordingly, it is hereby ORDERED that, within seven days of the date of this order, defendant shall submit a confidential statement as directed by the court on February 17, 2011, and shall show cause why sanctions should not imposed for his failure to obey the court's order.

DATED: March 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE