# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TERRELL TUCKER, | No. CIV S-08-2991 LKK EFB P |
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT WILLIAM TUCKER, CDC #P-29461, PLAINTIFF |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| | DATE: April 20, 2011 |
| Defendants. | TIME: 1:00 p.m. |

**William Tucker**, inmate, CDC# P-29461, a necessary and material witness in a settlement conference in this case on April 20, 2011, is confined in California Correctional Institution (CCI), 24900 Highway 202, Tehachapi, California 93561, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison, 8th Floor, Courtroom No. 26, at the U.S. District Court, 501 I Street, Sacramento, California 95814, on April 20, 2011 at 1:00 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290002, Represa, California 95671-002.

4. The Clerk of the Court is further directed to fax a courtesy copy of the writ to the Litigation Office at California Correctional Institution, via facsimile at (661) 823-5023.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CCI, P. O. Box 1031, Tehachapi, California, 93581:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 24, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE