IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TERRELL TUCKER,

    Plaintiff,                   No. CIV S-08-2991 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.             <u>ORDER</u>

        On March 18, 2011, the court issued an Order to Show Cause requiring defendant to submit a confidential statement as directed by the court on February 17, 2011, and to show cause why sanctions should not imposed for his failure to obey the court's February 17, 2011 order. Dckt. No. 35. On March 24, 2011, defendant filed a response to the Order to Show Cause. Dckt. No. 37. The response states that defendant submitted his confidential statement on March 24, 2011, and that defendant missed the court's original deadline due to faulty calendaring.

        Based on the representations in defendant's response, IT IS HEREBY ORDERED that the March 18, 2011 order to show cause is discharged.

DATED: April 5, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE