IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM TERRELL TUCKER,

    Plaintiff,                        No. CIV S-08-2991 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.             ORDER

        Pursuant to the April 20, 2011 minutes for the settlement conference, and plaintiff's "Dismissal of All Claims with Prejudice,"[1] the court has determined that the above-captioned case has settled. *See* Dckt. Nos. 42, 43.

        The court now orders that dispositional documents are to be filed not later than ninety (90) days from the date of this order.[2]

////

---

[1] This document, while filed on defense counsel's letterhead, is signed only by plaintiff and fails to comply with the requirements of Rule 41(a)(1) of the Federal Rules of Civil Procedure.

[2] The parties are hereby informed that their stipulation of dismissal may contain a provision allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

1

1  Failure to comply with this order may be grounds for the imposition of sanctions on any
2  and all counsel or parties who contributed to the violation of this order.
3  So ordered.
4  DATED: May 3, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE